UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**

2001 Jane F. McCarthey GRAT No. 5

-v-

**Defendants**

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC,

Case No. 07-CV 5618

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 2001 Jane F. McCarthey GRAT No. 5 (a private non-governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: 6/7/07

Signature of Attorney

Attorney Bar Code: 1672195