```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
Petition of McCarthey Investments, LLC,    :
                                           :
          Petitioner                       :
                                           :   07 Civ. 5617 (DLC)
For an Order Pursuant to the Federal       :
Arbitration Act, 9 USC § 1, et. seq.       :         ORDER
Confirming an Arbitration Award,           :
                                           :
          -against-                        :
                                           :
Abbas A. Shah, Linuxor Asset               :
Management, LLC and Linuxor Capital        :
Management, LLC,                           :
                                           :
          Respondents.                     :
-------------------------------------------X
Petition of 2001 Jane F. McCarthey GRAT    :
No. 5,                                     :
                                           :
          Petitioner                       :
                                           :   07 Civ. 5618 (DLC) ←
                                           :      (Duplicate
For an Order Pursuant to the Federal       :       Original)
Arbitration Act, 9 USC § 1, et. seq.       :
Confirming an Arbitration Award,           :
                                           :
          -against-                        :
                                           :
Abbas A. Shah, Linuxor Asset               :
Management, LLC and Linuxor Capital        :
Management, LLC,                           :
                                           :
          Respondents.                     :
-------------------------------------------X
Petition of JFM Holdings L.P.,             :
                                           :
          Petitioner                       :
                                           :   07 Civ. 5619 (DLC)
For an Order Pursuant to the Federal       :
Arbitration Act, 9 USC § 1, et. seq.       :
Confirming an Arbitration Award,           :
                                           :
          -against-                        :
                                           :
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/09/07]

```
Abbas A. Shah, Linuxor Asset           :
Management, LLC and Linuxor Capital    :
Management, LLC,                       :
                                       :
        Respondents.                   :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

Petitioners in these three related actions filed on June 13, 2007 petitions to confirm arbitration awards. It does not appear that service has yet been made. Confirmation proceedings for arbitration awards should be treated as akin to a motion for summary judgment based on the movant's submissions." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby

ORDERED that petitioners shall submit any additional materials with which they intend to support their petition for confirmation by **July 27, 2007**.

IT IS FURTHER ORDERED that respondents' opposition is due **August 10, 2007**. If service has not been made by then, respondents' opposition is due **ten business days** after service.

IT IS FURTHER ORDERED that petitioners' reply is due **August 17**, or **five business days** after respondents' opposition is served.

IT IS FURTHER ORDERED that at the time the reply is served, the petitioners shall submit two courtesy copies of all motion papers, marked as such, to Chambers by delivering them to the

Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
          July 9, 2007

                                DENISE COTE
                        United States District Judge