AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>Southern</u> DISTRICT OF <u>New York</u>

2001 Jane F. McCarthey GRAT No. 5

v.

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.

**APPEARANCE**

Case Number: 07 CV 5618

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants    Abbas A. Shah
                  Linuxor Asset Management, LLC
                  Linuxor Capital Management, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2007 | *[signature]* |
| Date | Signature |
| | Charles B. Manuel, Jr.     C M3020 |
| | Print Name     Bar Number |
| | Shiboleth, Yisrael, Roberts & Zisman, LLP, One Penn Plaza |
| | Address |
| | New York     NY     10119 |
| | City     State     Zip Code |
| | (212) 792-0999     (212) 792-0998 |
| | Phone Number     Fax Number |