AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

2001 Jane F. McCarthey GRAT No. 5

v.

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.

**APPEARANCE**

Case Number: 07 CV 5618

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants     Abbas A. Shah
Linuxor Asset Management, LLC
Linuxor Capital Management, LLC

I certify that I am admitted to practice in this court.

7/11/2007
Date

Signature

Charles B. Manuel, Jr.     C M3020
Print Name     Bar Number

Shiboleth, Yisrael, Roberts & Zisman, LLP, One Penn Plaza
Address

New York     NY     10119
City     State     Zip Code

(212) 792-0999     (212) 792-0998
Phone Number     Fax Number