# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**                    Case Number: 07 CV 5618
**SOUTHERN DISTRICT OF NEW YORK**

---

2001 JANE F. MCCARTHEY

*Plaintiff(s),*

*-against-*

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR
CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

---

State of New York)
County of New York)        ss.:

    **Joe Matos**, being duly sworn deposes and says:

    I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

    On **July 16th , 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

    I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Abbas A. Shah**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

    I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 17, 2007

    **Process Server Signature**

LEKWAN ROBINSON
Commissioner of Deeds
City of New York . No. 2-12905
Certificate Filed in Kings County
Commission Expires OCT 1 , 20 08

**1097629**
**License Number**

# *AFFIDAVIT OF SERVICE*

**UNITED STATES DISTRICT COURT**                    Case Number: **07 CV 5618**
**SOUTHERN DISTRICT OF NEW YORK**

---

**2001 JANE F. MCCARTHEY**

*Plaintiff(s),*

*-against-*

**ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,**

*Defendant(s),*

---

State of New York)
County of New York)          ss.:

    **Joe Matos**, being duly sworn deposes and says:

    I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

    On **July 16th , 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

    I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Linuxor Asset Management**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

    I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 17, 2007

_____

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires _____, 20__

Pro**c**ess Server Signature

_____
(097627)
**License Number**

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case Number: 07 CV 5618

2001 JANE F. MCCARTHEY

*Plaintiff(s),*

*-against-*

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR
CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

State of New York)
County of New York)       ss.:

    **Joe Matos**, being duly sworn deposes and says:

    I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

    On **July 16th , 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

    I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Linuxor Capital Management**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

    I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 17, 2007

Process Server Signature

1097629

**License Number**

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires OCT , 20 09

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT                              Case Number: 07 CV 5618
SOUTHERN DISTRICT OF NEW YORK

2001 JANE F. MCCARTHEY

**COPY**

*Plaintiff(s),*

*-against-*

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR
CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

State of New York)
County of New York)          ss.:

       **Joe Matos**, being duly sworn deposes and says:

       I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

       On **July 16th , 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

       I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Abbas A. Shah**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

       I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 17, 2007

_____
Process Server Signature

_____
License Number

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires OCT 1, 20 08

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**                              Case Number: **07 CV 5618**
**SOUTHERN DISTRICT OF NEW YORK**

2001 JANE F. MCCARTHEY

*Plaintiff(s),*

*-against-*

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR
CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

State of New York)
County of New York)          ss.:

       **Joe Matos**, being duly sworn deposes and says:

       I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

       On **July 16th , 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

       I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Linuxor Asset Management**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

       I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 17, 2007

    **Process Server Signature**

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires _____, 20___

097629
**License Number**

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**                           Case Number: 07 CV 5618
**SOUTHERN DISTRICT OF NEW YORK**

2001 JANE F. MCCARTHEY

                                        *Plaintiff(s),*

                *-against-*

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR
CAPITAL MANAGEMENT, LLC,

                                        *Defendant(s),*

COPY

State of New York)
County of New York)        ss.:

       **Joe Matos**, being duly sworn deposes and says:

       I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

       On **July 16th , 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

       I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Linuxor Capital Management**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

       I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Tuesday, July 17, 2007

_____                    _____
                                           Process Server Signature

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires OCT 2, 20 0

/097629
_____
License Number