# SHIB🌐LETH

**MEMO ENDORSED**



RECEIVED
AUG 29 2007
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07

Shiboleth, Yisraeli, Roberts & Zisman, LLP

August 28, 2007

By Hand

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: McCarthey Investments LLC. v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.; USDC, SDNY case no. 07 CIV 5617.

2001 Jane F. McCarthey GRAT No. 5 v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.; USDC, SDNY case no. 07 CIV 5618. ← (Duplicate Original)

JFM Holdings, L.P. v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.; USDC, SDNY case no. 07 CIV 5619.

Dear Judge Cote:

I represent Defendants Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC in connection with the above-referenced actions.

I spoke last week with counsel for Petitioners requesting an additional extension of time, until September 7, 2007, within which to file oppositions or other responses to the petitions to confirm. Mr. Anthony Djinis of Pickard and Djinis, LLP has consented to this extension, with Plaintiffs' reply due September 19, 2007. I make this request because this month has been extremely busy and vacations have decimated our legal support staff.

Granted.
Denise Cote
August 29, 2007

Under the first extension granted by this Court, defendants' response date was August 24, 2007. As I explained to Mr. Djinis and Your Honor's law clerk this morning, I had drafted a letter last week to be finalized by an attorney in my office and sent to Court. When I returned to my office today following several days out of town on



**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shiboleth.com

1 Penn Plaza, Suite 2527 · New York, NY 10119
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com