**MEMO ENDORSED**

## PICKARD AND DJINIS LLP
ATTORNEYS AT LAW
1990 M STREET, N.W.
WASHINGTON, D.C. 20036

TELEPHONE
(202) 223-4418

TELECOPIER
(202) 331-3813

September 14, 2007



RECEIVED SEP 18 2007 CHAMBERS OF DENISE COTE

By Electronic Filing and U.S. Mail
Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: McCarthey Investments LLC v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC; USDC, SDNY case no. 07 CIV 5617.

2001 Jane F. McCarthey GRAT No. 5 v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC; USDC, SDNY case no. 07 CIV 5618.    ← (Duplicate Original)

JFM Holdings, L.P. v. Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC; USDC, SDNY case no. 07 CIV 5619.

Dear Judge Cote:

I represent Petitioners McCarthey Investments LLC, 2001 Jane F. McCarthey GRAT No. 5 and JFM Holdings, L.P. in connection with the above-referenced actions.

I have spoken with Charles Manuel, Esq., counsel for Defendants Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC requesting an extension of time until October 1, 2007, within which to file a reply to the Opposition to Petition to Confirm Arbitration Awards filed on September 7, 2007. I make this request because of other pressing deadlines and client commitments. Mr. Manuel has consented to this extension. I have made no prior requests for extension of time.

Thank you for your attention to this matter.

Very truly yours,

Anthony W. Djinis / PJB

cc.: Charles Manuel, Esq.
Shiboleth
1 Penn Plaza
Suite 2527
New York, NY 10119

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

Granted—

Denise Cote
September 18, 2007