# SHIB🌐LETH

**Shiboleth, Yisraeli, Roberts & Zisman, LLP**

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

RECEIVED
SEP 20 2007
CHAMBERS OF
DENISE COTE

September 19, 2007

By Hand

Hon. Denise Cote
United States District Judge
United States Courthouse
New York, New York 10007

  McCarthey Investments, LLC. v. Abbas A. Shah, Linuxor Asset
  Management, LLC and Linuxor Capital Management, LLC.;
  USDC, SDNY case no. 07 CIV 5617.

  2001 Jane F. McCarthey GRAT No. 5 v. Abbas A. Shah, Linuxor
  Asset Management, LLC and Linuxor Capital Management, LLC.;
  USDC, SDNY case no. 07 CIV 5618.   ⟵ (Duplicate

  JFM Holdings, L.P. v. Abbas A. Shah, Linuxor Asset Original)
  Management, LLC and Linuxor Capital Management, LLC.;
  USDC, SDNY case no. 07 CIV 5619.

  **Request to File Memorandum in Excess of 25 Pages**

Dear Judge Cote:

  I represent Defendants Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC in connection with the above-referenced actions.

  Defendants have served upon its adversaries its Answer and Memorandum of Law in Opposition to the Petition to Confirm Arbitration Awards and have filed these papers with the Court.

  Under the circumstances, it was necessary that this Memorandum be in excess of 25 pages in order to adequately explain matters relating to Defendants' opposition to the Petition and the elaborative reasons for its position. Therefore, Defendants hereby respectfully request leave of this Court to file this Memorandum.

*Granted.*
*Denise Cote*
*Sept. 20, 2007*

**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shibolet.com

1 Penn Plaza, Suite 2527 · New York, NY 10119
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com

Very truly yours,

*Charles B. Manuel* /CR

Charles B. Manuel, Jr.

cc: Anthony W. Djinis, Esq.
Pickard and Djinis, LLP
1990 M Street, N.W.
Suite 660
Washington, DC 20036
By Fax – 202-331-3813