Sep-14-2004  11:13am    From-NATIONAL FUTURES ASSOCIATION    2129643913    T-469    P.002/005    F-904

Yana Poretsky

From:           Todd [toddb@mccunemansion.com]
Sent:           Friday, June 04, 2004 10:35 AM
To:             Cheryl Tulino
Subject:        Fw: Account Status


----- Original Message -----
From: "Todd" <toddb@mccunemansion.com>
To: <ctulino@nfa.futures.org>
Sent: Thursday, June 03, 2004 4:06 PM
Subject: Fw: Account Status


>  ----- Original Message -----
>  From: <ashah@isospace.com>
>  To: <toddb@mccunemansion.com>
>  Cc: <ashah@isospace.com>
>  Sent: Friday, January 30, 2004 11:08 PM
>  Subject: Account Status
>
>
>  > Dear Todd, Please accept my thanks for being patient. I appreciate
>  > your understanding and cooperation. Listed below is your account
>  > balance and
a
>  > summary of the P/L performance for the week ending january
>  > 31st,2004.
>  >
>  >
>  >        Your account balance as of 12/30/03 was approximately:
>  >
>  >                                  $8,095,000
>  >                 Realized         $6,500,000
>  >                 Unrealized       $1,595,000
>  >
>  > For the week ending January 31st,2004 the P/L was: $89,000
>  >
>  > Currently the fund is invested in the following:
>  >
>  >        Short Volatility in the equiites (SnP)
>  >        Long the US dollar versus the euro and Canadian
>  > dollar(Short term positive on the us dollar.
>  >        Short US Treasury Bond market (negative on the fixed
>  > income
>  mkts.)
>  >        Short term negative on the Gold.
>  >
>  >
>  > Please rest assured you will be recieving weekly P/L performance
>  > numbers at the end of each week and monthly reports reflecting the
>  > YTD balances. Once again sorry for the inconvenience,
>  >
>  > Abbas Shah
>

1

IN ARBITRATION BEFORE
NATIONAL FUTURES ASSOCIATION

-------------------------------------------------------------------X

MCCARTHEY INVESTMENTS LLC, JFM
HOLDINGS, L.P., and 2001 JANE F. MCCARTHEY
GRAT NO. 5,

                    Claimants,

              -and-

ABBAS A. SHAH, LINUXOR ASSET
MANAGEMENT, LLC, LINUXOR CAPITAL
MANAGEMENT, LLC, and ADAM S. BORNSTEIN,

                    Respondents.

-------------------------------------------------------------------X

NFA Case Nos: 05-ARB-107
                 05-ARB-132
                 05-ARB-133

**AFFIDAVIT OF ABBAS
A. SHAH IN SUPPORT OF
RESPONDENTS' MOTION
TO DISMISS THE CLAIMS**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

      **ABBAS A. SHAH**, being duly sworn, deposes and says:

      1.     I am an individual respondent and reside in New York, New York.

      2.     At all times relevant to this proceeding, I was a principal of (i) respondent Linuxor Asset Management, LLC, Delaware limited liability company ("LAM"), which is registered with the Commodity Futures Trading Commission ("CFTC") as a registered commodity pool operator and was a member of the National Futures Association ("NFA"); and (ii) respondent Linuxor Capital Management, LLC, a Delaware limited liability company ("LCM"), registered as a commodity trading adviser with the CFTC.  Hereinafter, Abbas Shah, LAM and LCM shall be collectively referred to as "Respondents."

      3.     I respectfully submit this affidavit in support of Respondents' motion to dismiss the claims in this proceeding as barred by, *inter alia*, Rule ¶ 6035 of the NFA Code of Arbitration (the "Code").

4.      I am fully familiar with the facts of this proceeding and of each Statement of Claim filed by claimants McCarthey Investments LLC, JFM Holdings, L.P., and 2001 Jane F. McCarthey GRAT NO. 5 (collectively "Claimants") against Respondents.

5.      Except as otherwise stated to be on information and/or belief, I make this affidavit based on personal knowledge.

6.      At all times relevant, LAM was the general partner and commodity pool operator of Linuxor Global Macro Fund, L.P., a Delaware limited partnership (the "Fund"), and LCM was the commodity trading adviser to the Fund.

7.      Claimants were each limited partners of the Fund.

8.      Claimants' financial adviser was Mr. Todd Brashear ("Mr. Brashear"). I reported the Fund's performance and other material information directly to Mr. Brashear. I also communicated often with Mr. Philip McCarthey ("Mr. McCarthey"), who was also authorized to act on behalf of Claimants.

9.      I traded the Fund's portfolio from early 2002 through the beginning of July 2004. During this time, generally on a weekly basis, I had frequent communications with Mr. McCarthey and Mr. Brashear about the Fund's profits and losses. Claimants, Mr. McCarthey and Mr. Brashear were perfectly aware on a current basis of the status of Claimants' investments in the Fund.

10.      Without addressing the lack of merit in Claimants' claims, Claimants were fully aware of the volatility and risks of investing in the Fund, which suffered losses in the first year of trading, due exclusively to market conditions. If necessary, we will ultimately address these issues at a hearing. For now, I will limit this affidavit to the points relevant to Respondent's Motion to Dismiss Claimants' claims.

2

11.    In August 2002, I notified Mr. McCarthey and Mr. Brashear that the Fund had recently suffered losses of approximately $3,500,000, or 32%. In or about late August 2002, I had a conference call with them to discuss these losses and my plan for trying to recover them. On that phone call, with every right to terminate their investment, Claimants elected to continue in the Fund, notwithstanding their actual knowledge of the Fund's formidable losses and of the continued high risk of continuing as investors in the Fund.

12.    Claimants' falsely claim that they did not receive their 2002 K-1 Schedules until September 2003. While Respondents argue that the period of limitations for Claimants' claims began at least as far back as August 2002, as described in paragraph 11 above, the date of Claimants' receipt of the K-1 Schedules is critical because it signifies the latest possible date upon which Claimants may plausibly allege ignorance as to the trading losses incurred in their Fund accounts. It also marks the last possible date that the relevant statute of limitations began to run, because at this point Claimants indisputably knew or should have known of the facts giving rise to their purported claims.

13.    As indicated by covering letters dated August 12, 2003, I believe that the Fund's auditors, Rothstein Kass & Co, P.C. ("Rothstein Kass"),  mailed to each Claimant its 2002 Form K-1 Schedule. Copies of the covering letters and Forms K-1 are attached hereto as <u>Exhibit A</u> (the "K-1 Forms"). Such K-1 Forms disclosed that as of December 31, 2002, Claimants lost a significant part of their investment capital.

14.    In addition, on August 25, 2003, I faxed each Claimant's K-1 Form to Mr. Brashear and confirmed that fact in an email sent that day to Mr. Brashear, a copy of which is attached hereto as <u>Exhibit B</u>. In the email, I apologized for the delay and discussed certain details of the information reflected in the K-1 Forms. I also instructed Mr. Brashear to check his fax machine for the hard copy of the K-1 Forms that were previously sent that day.

3

15.    On August 25, 2003, in a phone conference that I had with Mr. Brashear, he confirmed his receipt of the K-1 Forms.

16.    Consequently, Claimants' allegations that they received the K-1 Forms in September 2003 are simply false. They had the K-1 Forms which included all of the relevant 2002 trading losses no later than August 25, 2003, more than two years before their initiation of this proceeding on October 25, 2005.

17.    Thus, all claims arising more than two years before the initiation of this arbitration are barred under the Code.

18.    Furthermore, assuming, as Respondents argue, that the Code bars Claimants' claims for the period from the date of their investment in the Fund through August 31, 2003, Claimants still have no viable claim for damages for the period September 1, 2003 through their date of redemption in early July 2004 because the value of their accounts actually increased from $3,657,962 to $4,002,899 during that time, as reflected in account statements attached hereto as Exhibit C.[1]

19.    In sum, all of Claimants' claims must be dismissed.

---

[1] Exhibit C contains (i) a report prepared by the Fund's administrator showing the aggregate value of Claimants' accounts to be $3,657,962 as of August 31, 2003 and (ii) the relevant pages of the Fund's July 2004 bank account statement at Chase Bank showing payments to Claimants of $1,740,391.00, $1,740,391.00 and $522,117.00; totaling $4,002,899.00.

4

**WHEREFORE,** Respondents respectfully request that their Motion to Dismiss be granted, with prejudice.

Abbas A. Shah

Sworn to before me this
22nd day of December, 2005.

Notary Public

MICHAEL S. PARADISE
Notary Public, State of New York
No. 31-4977329
Qualified in New York County
Commission Expires February 4, ~~1985~~ 2007

www.rkco.com

Rothstein, Kass & Company, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

August 12, 2003

McCarthey Investments LLC
610 East South Temple, Suite 200
Salt Lake City, UT 84102

Dear Partner:

Enclosed please find your K-1 tax information and instructions for Linuxor Global Macro Fund L.P. for December 31, 2002.  If you have any questions, please feel free to contact John Zacharella at JZacharella@rkco.com or Gary Berger at GBerger@rkco.com.

Sincerely,

Rothstein, Kass & Company, P.C.

| 1177 Avenue of the Americas | 9171 Wilshire Boulevard | 500 Ygnacio Valley Road | 2515 McKinney Avenue | 3 Becker Farm Road |
|---|---|---|---|---|
| New York, NY 10036 | Beverly Hills, CA 90210 | Walnut Creek, CA 94956 | Dallas, TX 75201 | Roseland, NJ 07068 |
| *(212) 997-0500* | *(310) 273-2770* | *(925) 946-1300* | *(214) 665-6000* | *(973) 994-6666* |
| *Fax (212) 730-8892* | *Fax (310) 273-6649* | *Fax (925) 947-1700* | *Fax (214) 965-0710* | *Fax (973) 758-1958* |

*Member* **AGN** *Affiliated Offices Worldwide*

## INSTRUCTIONS FOR TRADE OR BUSINESS

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 2002.  These amounts are to be reported on your 2002 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

### Trade or Business

The Partnership has taken the position that it is engaged in the active conduct of a business as a trader in securities.  The trading operation is <u>not</u> passive income and is not portfolio income for purposes of the passive activity loss rules (Temp. Reg. Section 1.469-1T(e)(6); Section 1.469-2T(c)(3)(ii)(D)).

Each partner must individually determine whether or not he or she materially participated during the year in the operations of the Partnership, since this affects the presentation and placement of interest expense on your tax return.  The Schedule K-1 has been prepared on the basis of a partner who **does** **not** materially participate in the operations of the Partnership.  Limited partners generally do not materially participate in the trading activities of the Partnership.  Accordingly, interest expense reported on line 14a should be reported by an "Individual" taxpayer on Form 4952 line 1 – investment interest expense.  Any deductible interest expense should be entered on Schedule E, Part II, column (i).  For purposes of determining the investment interest expense limitation, the amounts shown on lines 1 and 7 will affect the computation of investment income.

A partner that materially participates in the trading operation of the Partnership, or a partner that is a "C" corporation, should combine the net ordinary income (loss) reported on line 1 with the interest expense reported on line 14a.

### Trader Net Long-Term Capital Gain (Loss)

The supporting schedule for line 7 includes your share of net long-term capital gain (loss).  The amount of qualified 5-year gain, if any, included in the net long-term capital gain (loss) is separately stated.  Qualified 5-year gain is subject to a special reduced 8% tax rate for individuals reporting a net long-term capital gain.  The reduced tax rate of 8% is available only to the extent that the qualified 5-year gain falls within the 15% tax bracket.

*Rothstein, Kass & Company, P.C.*

### Dividends Eligible for Dividend – Received – Deduction (DRD)

The qualifying dividends represent the amount of dividends from less than 20% owned domestic corporations eligible for the dividends received deduction under IRC Section 243(a). The balance of dividends is not eligible for the dividends received deduction.

### Unrelated Business Taxable Income (Loss)

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. The law is not entirely clear as to the proper way to determine income (loss) that is attributable to the use of leverage ("debt-financed income"). We have computed UBTI based on our interpretation of the law. Our computation of UBTI has been reflected on line 25 of Schedule K-1.

### Guaranteed Payments

Guaranteed payments do not constitute passive income. Guaranteed payments that represent interest on capital constitute investment income for purposes of the investment interest expense limitation.

### State & Local Tax Information

If you are required to file a state income tax return, your share of interest income from obligations issued by the U.S. Government or its agencies and your share of expenses to carry such obligations are reported on line 25 of Schedule K-1.

THESE INSTRUCTIONS INVOLVE COMPLEX INCOME TAX MATTERS WHICH OFTEN AFFECT TAXPAYERS DIFFERENTLY DEPENDING UPON THEIR OWN PARTICULAR FACTS AND CIRCUMSTANCES. THEREFORE, YOU SHOULD CONSIDER CONSULTING WITH A PROFESSIONAL TAX ADVISER IF YOU ARE UNCERTAIN ABOUT THE TREATMENT OF ANY ITEM REPORTED ON SCHEDULE K-1 AND THE ACCOMPANYING ATTACHMENTS.

*Rothstein, Kass & Company, P.C.*

| SCHEDULE K-1 | Partner's Share of Income, Credits, Deductions, etc. | | | OMB No. 1545-0099 |
|---|---|---|---|---|
| (Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | ► See separate instructions.<br>For calendar year 2002 or tax year beginning          , 2002, and ending          , 2002 | | | **2002** |

| Partner's identifying number ► 33-1002055 | Partnership's identifying number ►    :13-4198369 |
|---|---|
| Partner's name, address, and ZIP code<br>McCarthey Investments LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | Partnership's name, address, and ZIP code<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square, 2nd Floor<br>New York, NY 10004 |

**A** This partner is a ☐ general partner  ☑ limited partner
☐ limited liability company member
**B** What type of entity is this partner? ►......LLC........
**C** Is this partner a ☑ domestic or a ☐ foreign partner?

**F** Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . . .   $ ..................
Qualified nonrecourse financing   $ ..................
Other . . . . . . . . . .   $ ..................

**G** Tax shelter registration number . ► ..................

|  | (i) Before change<br>or termination | (ii) End of<br>year |
|---|---|---|
| **D** Enter partner's percentage of: | | |
| Profit sharing . . . . . . . . | ...........% | VAR. % |
| Loss sharing . . . . . . . . | ...........% | VAR. % |
| Ownership of capital . . . . . | ...........% | 42.94 % |

**E** IRS Center where partnership filed return: Cincinnati, OH

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . ☐

**I** Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at<br>beginning of year | (b) Capital contributed<br>during year | (c) Partner's share of lines<br>3, 4, and 7, Form 1065,<br>Schedule M-2 | (d) Withdrawals and<br>distributions | (e) Capital account at end of<br>year (combine columns (a)<br>through (d)) |
|---|---|---|---|---|
| 0 | 5,000,000 | (2,127,050) | ( 0 ) | 2,872,950 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the<br>amount in column (b) on: |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities . . . | 1 | (73,395) | See page 6 of Partner's<br>Instructions for Schedule K-1<br>(Form 1065). |
| | 2 | Net income (loss) from rental real estate activities . . . . . | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . . | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss). . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) . . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain . . . . . . . . . . . | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) . . . . . | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner . . . . . . . . . | 5 | | See page 6 of Partner's<br>Instructions for Schedule K-1<br>(Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) . . . . . . . . | 7 | (1,792,366) | Enter on applicable line of your return. |
| **Deduc-<br>tions** | 8 | Charitable contributions (see instructions) (attach schedule) . . | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction . . . . . . . . . . | 9 | | See pages 7 and 8 of<br>Partner's Instructions for<br>Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) . . | 10 | | |
| | 11 | Other deductions (attach schedule) . . . . . . . . . | 11 | | |
| **Credits** | 12a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships . . . . . . . | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) . . . . . . . . . . | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate<br>activities . . . . . . . . . . . . . . . . | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related<br>to rental real estate activities . . . . . . . . . . | 12c | | See page 8 of Partner's<br>Instructions for Schedule K-1<br>(Form 1065). |
| | d | Credits related to other rental activities . . . . . . . | 12d | | |
| | 13 | Other credits . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.       Cat. No. 11394R       **Schedule K-1 (Form 1065) 2002**

Schedule K-1 (Form 1065) 2002                                                                                    Page 2

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Investment Interest** | 14a | Interest expense on investment debts | 14a | 32,348 | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | } See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | } See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | } See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e | Other adjustments and tax preference items *(attach schedule)* | 16e | | |
| **Foreign Taxes** | 17a | Name of foreign country or U.S. possession ▶ VARIOUS | | | |
| | b | Gross income from all sources | 17b | | |
| | c | Gross income sourced at partner level | 17c | | |
| | d | Foreign gross income sourced at partnership level: | | | |
| | | (1) Passive | 17d(1) | | |
| | | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | | (3) General limitation | 17d(3) | | |
| | e | Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | | (1) Interest expense | 17e(1) | | |
| | | (2) Other | 17e(2) | | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | | (1) Passive | 17f(1) | | |
| | | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | | (3) General limitation | 17f(3) | | |
| | g | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h | Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12 |
| **Other** | 18 | Section 59(e)(2) expenditures: a Type ▶ .................... | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | } See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 0 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit | | | |
| | a | From section 42(j)(5) partnerships | 24a | | } Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 | Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed):* | | | |

See attached schedules

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

⊛

Schedule K-1 (Form 1065) 2002

13-4198369
Linuxor Global Macro Fund, L.P.

33-1002055
McCarthey Investments LLC

11

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 33-1002055 | Partnership's ID No. 13-4198369 |
|---|---|
| **Partner's name, address, and ZIP code**<br>McCarthey Investments LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | **Partnership's name, address, and ZIP code**<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square, 2nd Floor<br>New York, NY 10004 |

**Line 25 - Supplemental information required to be reported separately to each partner:**

**Gain or Loss on Liquidation of Partnership Interest:**

If you made a withdrawal from the Partnership, you may have a gain or loss.
Please consult your tax advisor.

**Item J, Column (c):**

| | |
|---|---:|
| Unrealized appreciation/depreciation and timing differences | $ (228,941) |
| Tax-exempt interest & other tax-exempt income | 0 |
| Nondeductible expenses | 0 |
| Taxable income (loss) | (1,898,109) |
| **Total** | $ (2,127,050) |

**Line 1 - Ordinary income (loss) from trade or business activities:**

Income reported on line 1 is not passive income (loss) and is not portfolio
income (loss) for purposes of the passive activity loss rules (Temp. Reg.
Sec. 1.469-1T(e)(6); Sec. 1.469-2T(c)(3)(ii)(D)). The amount reported
on line 1 should be entered by an "Individual" taxpayer on Schedule E,
Part II as nonpassive.

**Line 7 - Other Income (loss):**

| | |
|---|---:|
| Net Short-Term Capital Gain (Loss) | $ (29,039) |
| Net Long-Term Capital Gain (Loss), includes qualified 5-year gain of $ 0 | 0 |
| Section 1256 Net Gain (Loss) * | (1,867,545) |
| Section 988 - Foreign Currency Transaction Gain (Loss) | 104,218 |
| Other income (loss) | 0 |
| **Total** | $ (1,792,366) |

* Taxpayers should report 1256 gain or loss on Form 6781

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No.33-1002055 | Partnership's ID No. 13-4198369 |
|---|---|
| **Partner's name, address, and ZIP code**<br>McCarthey Investments LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | **Partnership's name, address, and ZIP code**<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square,  2nd Floor<br>New York, NY 10004 |

**Line 25 - Supplemental information required to be reported separately to each partner:**

**Line 14a - Interest expense on investment debts:**

"Individual" partners that do not materially participate in the operations of
the Partnership must report interest expense as investment interest expense
on Form 4952, line 1. "Individual" partners that materially participate and
"C" corporations should combine the amount on line 14a with the amount
on line 1.

**Unrelated Business Taxable Income:**

If you are a tax-exempt entity, your share of Unrelated Business Taxable
Income (Loss) is reported below:

| | | |
|---|---|---:|
| Ordinary Income (Loss): | $ | (2,472) |
| Short-Term Capital Gain (Loss): | $ | (3,482) |
| Long-Term Capital Gain (Loss): | $ | 0 |

**Interest Income from U.S. Obligations:**

Included in line 1 is your share of interest income from U.S.

| | | |
|---|---|---:|
| Obligations: | $ | 0 |

Your share of cost to carry U.S. Obligations is as follows:

| | | |
|---|---|---:|
| Interest expense: | $ | 0 |
| Other expenses: | $ | 0 |

**Dividends Qualifying for 70% Dividend Received Deduction:**

Your share of dividends from domestic corporations, included in line 1,

| | | |
|---|---|---:|
| qualifying for 70% Dividend Received Deduction is as follows: | $ | 0 |

www.rkco.com

**Rothstein, Kass & Company, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

August 12, 2003

JFM Holdings, LP
JFM Capital Management, LLC
610 East South Temple, Suite 200
Salt Lake City, UT 84102

Dear Partner:

Enclosed please find your K-1 tax information and instructions for Linuxor Global Macro Fund L.P. for December 31, 2002. If you have any questions, please feel free to contact John Zacharella at JZacharella@rkco.com or Gary Berger at GBerger@rkco.com.

Sincerely,

Rothstein, Kass & Company, P.C.

---

1177 Avenue of the Americas
New York, NY 10036
(212) 997-0500
Fax (212) 730-6892

9171 Wilshire Boulevard
Beverly Hills, CA 90210
(310) 273-2770
Fax (310) 273-6649

500 Ygnacio Valley Road
Walnut Creek, CA 94956
(925) 946-1300
Fax (925) 947-1700

2515 McKinney Avenue
Dallas, TX 75201
(214) 665-6000
Fax (214) 965-0710

3 Becker Farm Road
Roseland, NJ 07068
(973) 994-6666
Fax (973) 758-1958

Member AGN Affiliated Offices Worldwide

## INSTRUCTIONS FOR TRADE OR BUSINESS

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 2002. These amounts are to be reported on your 2002 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

### Trade or Business
The Partnership has taken the position that it is engaged in the active conduct of a business as a trader in securities. The trading operation is <u>not</u> passive income and is not portfolio income for purposes of the passive activity loss rules (Temp. Reg. Section 1.469-1T(e)(6); Section 1.469-2T(c)(3)(ii)(D)).

Each partner must individually determine whether or not he or she materially participated during the year in the operations of the Partnership, since this affects the presentation and placement of interest expense on your tax return. The Schedule K-1 has been prepared on the basis of a partner who **does** **not** materially participate in the operations of the Partnership. Limited partners generally do not materially participate in the trading activities of the Partnership. Accordingly, interest expense reported on line 14a should be reported by an "Individual" taxpayer on Form 4952 line 1 – investment interest expense. Any deductible interest expense should be entered on Schedule E, Part II, column (i). For purposes of determining the investment interest expense limitation, the amounts shown on lines 1 and 7 will affect the computation of investment income.

A partner that materially participates in the trading operation of the Partnership, or a partner that is a "C" corporation, should combine the net ordinary income (loss) reported on line 1 with the interest expense reported on line 14a.

### Trader Net Long-Term Capital Gain (Loss)
The supporting schedule for line 7 includes your share of net long-term capital gain (loss). The amount of qualified 5-year gain, if any, included in the net long-term capital gain (loss) is separately stated. Qualified 5-year gain is subject to a special reduced 8% tax rate for individuals reporting a net long-term capital gain. The reduced tax rate of 8% is available only to the extent that the qualified 5-year gain falls within the 15% tax bracket.

*Rothstein, Kass & Company, P.C.*

### Dividends Eligible for Dividend – Received – Deduction (DRD)

The qualifying dividends represent the amount of dividends from less than 20% owned domestic corporations eligible for the dividends received deduction under IRC Section 243(a). The balance of dividends is not eligible for the dividends received deduction.

### Unrelated Business Taxable Income (Loss)

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. The law is not entirely clear as to the proper way to determine income (loss) that is attributable to the use of leverage ("debt-financed income"). We have computed UBTI based on our interpretation of the law. Our computation of UBTI has been reflected on line 25 of Schedule K-1.

### Guaranteed Payments

Guaranteed payments do not constitute passive income. Guaranteed payments that represent interest on capital constitute investment income for purposes of the investment interest expense limitation.

### State & Local Tax Information

If you are required to file a state income tax return, your share of interest income from obligations issued by the U.S. Government or its agencies and your share of expenses to carry such obligations are reported on line 25 of Schedule K-1.


**THESE INSTRUCTIONS INVOLVE COMPLEX INCOME TAX MATTERS WHICH OFTEN AFFECT TAXPAYERS DIFFERENTLY DEPENDING UPON THEIR OWN PARTICULAR FACTS AND CIRCUMSTANCES. THEREFORE, YOU SHOULD CONSIDER CONSULTING WITH A PROFESSIONAL TAX ADVISER IF YOU ARE UNCERTAIN ABOUT THE TREATMENT OF ANY ITEM REPORTED ON SCHEDULE K-1 AND THE ACCOMPANYING ATTACHMENTS.**

*Rothstein, Kass & Company, P.C.*

Partner's Share of Income, Credits, Deductions, etc.

**(Form 1065)**
Department of the Treasury
Internal Revenue Service

► See separate instructions.

For calendar year 2002 or tax year beginning _____, 2002, and ending _____, 2002

**2002**

| Partner's identifying number ► 13-7260374 | Partnership's identifying number ► 13-4198369 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| JFM Holdings, LP | Linuxor Global Macro Fund, L.P. |
| JFM Capital Management, LLC | 7 Hanover Square, 2nd Floor |
| 610 East South Temple, Suite 200 | New York, NY 10004 |
| Salt Lake City, UT 84102 | |

**A** This partner is a ☐ general partner  ☑ limited partner
☐ limited liability company member

**B** What type of entity is this partner? ► .......... LP ..........

**C** Is this partner a ☑ domestic or a ☐ foreign partner?

| | (i) Before change or termination | (ii) End of year |
|---|---|---|

**D** Enter partner's percentage of:
Profit sharing . . . . . . .......... % | VAR % |
Loss sharing . . . . . . .......... % | VAR % |
Ownership of capital . . . . . _____ % | 42.94 % |

**E** IRS Center where partnership filed return: Cincinnati, OH

**F** Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . . $ ................
Qualified nonrecourse financing . . $ ................
Other . . . . . . . . . $ ................

**G** Tax shelter registration number . ► ........................

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . ☐

**I** Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 5,000,000 | (2,127,048) | ( 0 ) | 2,872,952 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities . . . | 1 | (73,393) | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities . . . . . | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . . . | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss). . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) . . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain . . . . . . . . . . | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) (attach schedule) . . . . | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner . . . . . . . . . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) . . . . . . . . . | 7 | (1,792,369) | Enter on applicable line of your return. |
| **Deductions** | 8 | Charitable contributions (see instructions) (attach schedule) . . | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction . . . . . . . . . . . | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) . . . | 10 | | |
| | 11 | Other deductions (attach schedule) . . . . . . . . . . | 11 | | |
| **Credits** | 12a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships . . . . . . . . | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) . . . . . . . . . . | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities . . . . . . . . . . | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities . . . . . . . | 12d | | |
| | 13 | Other credits . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Cat. No. 11394R    Schedule K-1 (Form 1065) 2002

8/12/2003 10:09:09 AM

12

| | | (a) Distributive share item | | Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **Investment Interest** | 14a | Interest expense on investment debts | 14a | 32,344 | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e | Other adjustments and tax preference items *(attach schedule)* | 16e | | |
| **Foreign Taxes** | 17a | Name of foreign country or U.S. possession ▶ VARIOUS | | | |
| | b | Gross income from all sources | 17b | | |
| | c | Gross income sourced at partner level | 17c | | |
| | d | Foreign gross income sourced at partnership level: | | | |
| | | (1) Passive | 17d(1) | | |
| | | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | | (3) General limitation | 17d(3) | | |
| | e | Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | | (1) Interest expense | 17e(1) | | |
| | | (2) Other | 17e(2) | | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | | (1) Passive | 17f(1) | | |
| | | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | | (3) General limitation | 17f(3) | | |
| | g | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h | Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12 |
| **Other** | 18 | Section 59(e)(2) expenditures: a Type ▶ .................. | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 0 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 | Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed):* | | | |

See attached schedules

13-4198369
Linuxor Global Macro Fund, L.P.

13-7260374
JFM Holdings, LP

12

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 13-7260374 | Partnership's ID No. 13-4198369 |
|---|---|
| **Partner's name, address, and ZIP code**<br>JFM Holdings, LP<br>JFM Capital Management, LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | **Partnership's name, address, and ZIP code**<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square, 2nd Floor<br>New York, NY 10004 |

---

**Line 25 - Supplemental information required to be reported separately to each partner:**

---

**Gain or Loss on Liquidation of Partnership Interest:**

If you made a withdrawal from the Partnership, you may have a gain or loss.
Please consult your tax advisor.

**Item J, Column (c):**

| | | |
|---|---|---:|
| Unrealized appreciation/depreciation and timing differences | $ | (228,942) |
| Tax-exempt interest & other tax-exempt income | | 0 |
| Nondeductible expenses | | 0 |
| Taxable income (loss) | | (1,898,106) |
| **Total** | $ | (2,127,048) |

**Line 1 - Ordinary income (loss) from trade or business activities:**

Income reported on line 1 is not passive income (loss) and is not portfolio
income (loss) for purposes of the passive activity loss rules (Temp. Reg.
Sec. 1.469-1T(e)(6); Sec. 1.469-2T(c)(3)(ii)(D)). The amount reported
on line 1 should be entered by an "Individual" taxpayer on Schedule E,
Part II as nonpassive.

**Line 7 - Other Income (loss):**

| | | |
|---|---|---:|
| Net Short-Term Capital Gain (Loss) | $ | (29,039) |
| Net Long-Term Capital Gain (Loss), includes qualified 5-year gain of  $  0 | | 0 |
| Section 1256 Net Gain (Loss) * | | (1,867,549) |
| Section 988 - Foreign Currency Transaction Gain (Loss) | | 104,219 |
| Other income (loss) | | 0 |
| **Total** | $ | (1,792,369) |

\* Taxpayers should report 1256 gain or loss on Form 6781

12

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 13-7260374 | Partnership's ID No. 13-4198369 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| JFM Holdings, LP | Linuxor Global Macro Fund, L.P. |
| JFM Capital Management, LLC | 7 Hanover Square, 2nd Floor |
| 610 East South Temple, Suite 200 | New York, NY 10004 |
| Salt Lake City, UT 84102 | |

**Line 25 - Supplemental information required to be reported separately to each partner:**

**Line 14a - Interest expense on investment debts:**

"Individual" partners that do not materially participate in the operations of
the Partnership must report interest expense as investment interest expense
on Form 4952, line 1. "Individual" partners that materially participate and
"C" corporations should combine the amount on line 14a with the amount
on line 1.

**Unrelated Business Taxable Income:**

If you are a tax-exempt entity, your share of Unrelated Business Taxable
Income (Loss) is reported below:

| | | |
|---|---|---|
| Ordinary Income (Loss): | $ | (2,471) |
| Short-Term Capital Gain (Loss): | $ | (3,483) |
| Long-Term Capital Gain (Loss): | $ | 0 |

**Interest Income from U.S. Obligations:**

Included in line 1 is your share of interest income from U.S.

| | | |
|---|---|---|
| Obligations: | $ | 0 |

Your share of cost to carry U.S. Obligations is as follows:

| | | |
|---|---|---|
| Interest expense: | $ | 0 |
| Other expenses: | $ | 0 |

**Dividends Qualifying for 70% Dividend Received Deduction:**

Your share of dividends from domestic corporations, included in line 1,

| | | |
|---|---|---|
| qualifying for 70% Dividend Received Deduction is as follows: | $ | 0 |

www.rkco.com

**Rothstein, Kass & Company, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

August 12, 2003

2001, Jane F. McCarthe Grat No. 5
JFM Capital Management, LLC
610 East South Temple, Suite 200
Salt Lake City, UT 84102

Dear Partner:

Enclosed please find your K-1 tax information and instructions for Linuxor Global Macro Fund L.P. for December 31, 2002. If you have any questions, please feel free to contact John Zacharella at JZacharella@rkco.com or Gary Berger at GBerger@rkco.com.

Sincerely,

Rothstein, Kass & Company, P.C.

| | | | | |
|---|---|---|---|---|
| 1177 Avenue of the Americas | 9171 Wilshire Boulevard | 500 Ygnacio Valley Road | 2515 McKinney Avenue | 3 Becker Farm Road |
| New York, NY 10036 | Beverly Hills, CA 90210 | Walnut Creek, CA 94956 | Dallas, TX 75201 | Roseland, NJ 07068 |
| (212) 997-0500 | (310) 273-2770 | (925) 946-1300 | (214) 665-6000 | (973) 994-6666 |
| Fax (212) 730-8892 | Fax (310) 273-5649 | Fax (925) 947-1700 | Fax (214) 965-0710 | Fax (973) 758-1958 |

Member *AGN Affiliated Offices Worldwide*

## INSTRUCTIONS FOR TRADE OR BUSINESS

Attached is a copy of Schedule K-1, Form 1065 which lists your distributive share of the Partnership's taxable income (loss) for the year ended December 31, 2002.   These amounts are to be reported on your 2002 Income Tax Returns.

In connection with the information included on the attached copy of Federal Schedule K-1, please note the following:

### Trade or Business

The Partnership has taken the position that it is engaged in the active conduct of a business as a trader in securities.   The trading operation is **not** passive income and is not portfolio income for purposes of the passive activity loss rules (Temp. Reg. Section 1.469-1T(e)(6); Section 1.469-2T(c)(3)(ii)(D)).

Each partner must individually determine whether or not he or she materially participated during the year in the operations of the Partnership, since this affects the presentation and placement of interest expense on your tax return.   The Schedule K-1 has been prepared on the basis of a partner who **does not** materially participate in the operations of the Partnership.   Limited partners generally do not materially participate in the trading activities of the Partnership.   Accordingly, interest expense reported on line 14a should be reported by an "Individual" taxpayer on Form 4952 line 1 – investment interest expense.   Any deductible interest expense should be entered on Schedule E, Part II, column (i).   For purposes of determining the investment interest expense limitation, the amounts shown on lines 1 and 7 will affect the computation of investment income.

A partner that materially participates in the trading operation of the Partnership, or a partner that is a "C" corporation, should combine the net ordinary income (loss) reported on line 1 with the interest expense reported on line 14a.

### Trader Net Long-Term Capital Gain (Loss)

The supporting schedule for line 7 includes your share of net long-term capital gain (loss). The amount of qualified 5-year gain, if any, included in the net long-term capital gain (loss) is separately stated.   Qualified 5-year gain is subject to a special reduced 8% tax rate for individuals reporting a net long-term capital gain.   The reduced tax rate of 8% is available only to the extent that the qualified 5-year gain falls within the 15% tax bracket.

---

*Rothstein, Kass & Company, P.C.*

### Dividends Eligible for Dividend – Received – Deduction (DRD)

The qualifying dividends represent the amount of dividends from less than 20% owned <u>domestic corporations</u> eligible for the dividends received deduction under IRC Section 243(a). The balance of dividends is not eligible for the dividends received deduction.

### Unrelated Business Taxable Income (Loss)

If you are a tax-exempt entity and you have gross income from an unrelated trade or business of $1,000 or more, you must file Form 990-T. The law is not entirely clear as to the proper way to determine income (loss) that is attributable to the use of leverage ("debt-financed income"). We have computed UBTI based on our interpretation of the law. Our computation of UBTI has been reflected on line 25 of Schedule K-1.

### Guaranteed Payments

Guaranteed payments do not constitute passive income. Guaranteed payments that represent interest on capital constitute investment income for purposes of the investment interest expense limitation.

### State & Local Tax Information

If you are required to file a state income tax return, your share of interest income from obligations issued by the U.S. Government or its agencies and your share of expenses to carry such obligations are reported on line 25 of Schedule K-1.


**THESE INSTRUCTIONS INVOLVE COMPLEX INCOME TAX MATTERS WHICH OFTEN AFFECT TAXPAYERS DIFFERENTLY DEPENDING UPON THEIR OWN PARTICULAR FACTS AND CIRCUMSTANCES. THEREFORE, YOU SHOULD CONSIDER CONSULTING WITH A PROFESSIONAL TAX ADVISER IF YOU ARE UNCERTAIN ABOUT THE TREATMENT OF ANY ITEM REPORTED ON SCHEDULE K-1 AND THE ACCOMPANYING ATTACHMENTS.**

*Rothstein, Kass & Company, P.C.*

**(Form 1065)**
Department of the Treasury
Internal Revenue Service

► **See separate instructions.**

For calendar ye___ )02 or tax year beginning _____ , 2002, and endi___ _____ , 2002

**2002**

| Partner's identifying number ► 13-7314747 | Partnership's identifying number ► :13-4198369 |
|---|---|
| Partner's name, address, and ZIP code<br>2001, Jane F. McCarthe Grat No. 5<br>JFM Capital Management, LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | Partnership's name, address, and ZIP code<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square, 2nd Floor<br>New York, NY 10004 |

**A** This partner is a ☐ general partner   ☑ limited partner
☐ limited liability company member

**B** What type of entity is this partner? ►  .......TRUST.....

**C** Is this partner a ☑ domestic or a ☐ foreign partner?

|  | (i) Before change<br>or termination | (ii) End of<br>year |
|---|---|---|
| **D** Enter partner's percentage of: | | |
| Profit sharing . . . . . . . ........... % | VAR. % | |
| Loss sharing . . . . . . . ........... % | VAR. % | |
| Ownership of capital . . . ........... % | 11.54. % | |

**E** IRS Center where partnership filed return:  Cincinnati, OH

**F** Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . . . .   $ .....................
Qualified nonrecourse financing .   $ .....................
Other . . . . . . . . . . .   $ .....................

**G** Tax shelter registration number . ► .....................

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . ☐

**I** Check applicable boxes:  **(1)** ☐ Final K-1  **(2)** ☐ Amended K-1

**J**   Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 1,500,000 | (728,017) | ( 0 ) | 771,983 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities . . . | 1 | (47,304) | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities . . . . | 2 | | |
| | 3 Net income (loss) from other rental activities . . . . . . . | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b Ordinary dividends . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c Royalties . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) . . . . . . . . . . | 4d | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss). . . . . . . . . . | 4e(1) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) . . . . . . . . . . . . | 4e(2) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain . . . . . . . . . . . . | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| | f Other portfolio income (loss) *(attach schedule)* . . . . . . | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner . . . . . . . . . . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) *(attach schedule)* . . . . . . . . | 7 | (596,118) | Enter on applicable line of your return. |
| **Deduc-tions** | 8 Charitable contributions (see instructions) *(attach schedule)* . . | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction . . . . . . . . . . . | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income *(attach schedule)* . . . | 10 | | |
| | 11 Other deductions *(attach schedule)* . . . . . . . . . | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships . . . . . . . . | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) . . . . . . . . . . | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities . . . . . . . . . . . . . . . . . | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities . . . . . . . . . . . . | 12c | | |
| | d Credits related to other rental activities . . . . . . . | 12d | | |
| | 13 Other credits . . . . . . . . . . . . . . . . | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.        Cat. No. 11394R        Schedule K-1 (Form 1065) 2002

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts . . . . . . . . | 14a | 9,255 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 . . . . . | 14b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment . . . . . . | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income . . . . . . . . . . | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income . . . . . . . . . . . . . . | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | |
| | b Adjusted gain or loss . . . . . . . . . . . . . . | 16b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | c Depletion (other than oil and gas) . . . . . . . . . | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ VARIOUS | | | |
| | b Gross income from all sources . . . . . . . . . . | 17b | | |
| | c Gross income sourced at partner level . . . . . . . | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive . . . . . . . . . . . . | 17d(1) | | |
| | (2) Listed categories (attach schedule) . . . . . | 17d(2) | | |
| | (3) General limitation . . . . . . . . | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1) Interest expense . . . . . . . . . | 17e(1) | | |
| | (2) Other . . . . . . . . . . . . . | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive . . . . . . . . . | 17f(1) | | |
| | (2) Listed categories (attach schedule) . . . . . | 17f(2) | | |
| | (3) General limitation . . . . . . . . | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued . . . | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) . . | 17h | | Form 1116, line 12 |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ . . . . . . . . | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount . . . . . . . . . . . . . . . . . . . | 18b | | |
| | 19 Tax-exempt interest income . . . . . . . . . . . | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income . . . . . . . . . . . . | 20 | | |
| | 21 Nondeductible expenses . . . . . . . . . . . . | 21 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) . . . | 22 | 0 | |
| | 23 Distributions of property other than money . . . . . . | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships . . . . . . . . | 24a | | Form 8611, line 8 |
| | b Other than on line 24a . . . . . . . . . . . . | 24b | | |
| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

.............................................................................................

.............................................................................................

See attached schedules

.............................................................................................

.............................................................................................

.............................................................................................

.............................................................................................

.............................................................................................

❋

13-4198369
Linuxor Global Macro Fund, L.P.

13-7314747
2001, Jane F. McCarthe Grat No. 5

13

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 13-7314747 | Partnership ID No. 13-4198369 |
|---|---|
| Partner's name, address, and ZIP code<br>2001, Jane F. McCarthe Grat No. 5<br>JFM Capital Management, LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | Partnership's name, address, and ZIP code<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square, 2nd Floor<br>New York, NY 10004 |

### Line 25 - Supplemental information required to be reported separately to each partner:

**Gain or Loss on Liquidation of Partnership Interest:**

If you made a withdrawal from the Partnership, you may have a gain or loss.
Please consult your tax advisor.

**Item J, Column (c):**

| | | |
|---|---|---:|
| Unrealized appreciation/depreciation and timing differences | $ | (75,340) |
| Tax-exempt interest & other tax-exempt income | | 0 |
| Nondeductible expenses | | 0 |
| Taxable income (loss) | | (652,677) |
| **Total** | $ | (728,017) |

**Line 1 - Ordinary income (loss) from trade or business activities:**

Income reported on line 1 is not passive income (loss) and is not portfolio
income (loss) for purposes of the passive activity loss rules (Temp. Reg.
Sec. 1.469-1T(e)(6); Sec. 1.469-2T(c)(3)(ii)(D)).  The amount reported
on line 1 should be entered by an "Individual" taxpayer on Schedule E,
Part II as nonpassive.

**Line 7 - Other Income (loss):**

| | | |
|---|---|---:|
| Net Short-Term Capital Gain (Loss) | $ | (9,556) |
| Net Long-Term Capital Gain (Loss), includes qualified 5-year gain of $ 0 | | 0 |
| Section 1256 Net Gain (Loss) * | | (614,566) |
| Section 988 - Foreign Currency Transaction Gain (Loss) | | 28,004 |
| Other income (loss) | | 0 |
| **Total** | $ | (596,118) |

\* Taxpayers should report 1256 gain or loss on Form 6781

SCHEDULE K-1 SUPPLEMENTAL INFORMATION

| Partner's ID No. 13-7314747 | Partnership's ID No. 13-4198369 |
|---|---|
| **Partner's name, address, and ZIP code**<br>2001, Jane F. McCarthe Grat No. 5<br>JFM Capital Management, LLC<br>610 East South Temple, Suite 200<br>Salt Lake City, UT 84102 | **Partnership's name, address, and ZIP code**<br>Linuxor Global Macro Fund, L.P.<br>7 Hanover Square, 2nd Floor<br>New York, NY 10004 |

---

**Line 25 - Supplemental information required to be reported separately to each partner:**

**Line 14a - Interest expense on investment debts:**

"Individual" partners that do not materially participate in the operations of
the Partnership must report interest expense as investment interest expense
on Form 4952, line 1. "Individual" partners that materially participate and
"C" corporations should combine the amount on line 14a with the amount
on line 1.

**Unrelated Business Taxable Income:**

If you are a tax-exempt entity, your share of Unrelated Business Taxable
Income (Loss) is reported below:

| | | |
|---|---|---|
| Ordinary Income (Loss): | $ | (6,568) |
| Short-Term Capital Gain (Loss): | $ | (1,146) |
| Long-Term Capital Gain (Loss): | $ | 0 |

**Interest Income from U.S. Obligations:**

Included in line 1 is your share of interest income from U.S.

| | | |
|---|---|---|
| Obligations: | $ | 0 |

Your share of cost to carry U.S. Obligations is as follows:

| | | |
|---|---|---|
| Interest expense: | $ | 0 |
| Other expenses: | $ | 0 |

**Dividends Qualifying for 70% Dividend Received Deduction:**

Your share of dividends from domestic corporations, included in line 1,

| | | |
|---|---|---|
| qualifying for 70% Dividend Received Deduction is as follows: | $ | 0 |

Sep-14-2004 11:14am From-NATIONAL FUTURES ASSOCIATION    2129643913    T-468  P.003/005  F-904

Cheryl Tulino

From:           Todd [toddb@mccunemansion.com]
Sent:           Thursday, June 24, 2004 5:37 PM
To:             Cheryl Tulino
Subject:        Fw: K1s


----- Original Message -----
From: "abbas shah" <ashah@isospace.com>
To: <toddb@mccunemansion.com>
Sent: Monday, August 25, 2003 9:43 AM
Subject: K1s

>
>
> Todd,
>
> My apologies for the delay. You have been more than kind to allow us
> the time it has taken to make sure the k-1s and the audit were done
> right. Please note that the capital invested through the end of the
> year in some options and futures position is shown as an unrealized
> loss which was completely reversed in the first week of January. As
> you know we are approaching our trading and investment of your capital
> very cautiously. Despite that we have been able to outperform most
> global market indices (fixed income or equities). We have thus far
> recovered more than half of
the
> capital loss and if we continue at this pace we hope that we will have
> not only recovered all the capital but there is a good likelihood that we will
be   positive as far as returns since inception are concerned. I once
again
> appreciate yours and Phil patience. Please rest assured that we are
putting
> in 110% effort to make sure that the worst is behind us. Please check
> your fax for a hardcopy of you K1s.
>
> I will call you shortly to answer any question that you might have
regarding
> your k-1s.
> thanks.
>
>
> Sincerely,
>
> Abbas Shah
>
>
>

SEP-14-2004  11:18              2129643913              96%              P.03



June 24 - July 26, 2004
Page 2 of 3

217-00217-B017-00217-      -023-5-03-W B -2 00-

Primary Account Number:  217-5038467-65

| **BusinessCustom Checking** (continued) | **Account # 217-5038467-65** | **LINUXOR GLOBAL MACRO FUND LP** |
|---|---|---|

### Withdrawals and Debits

| Date | Description | Amount |
|---|---|---|
| 07/02 | Funds Transfer (Domestic) A/C: 0099999651 | 1,740,391.00 |
| 07/02 | Funds Transfer (Domestic) A/C: 00099999651 | 1,740,391.00 |
| 07/02 | Funds Transfer (Domestic) A/C: 0099999651 | 522,117.00 |
| 07/23 | Funds Transfer (Domestic) A/C: Linuxor Asset Management LLC | 15,000.00 |
| 07/23 | Funds Transfer (Domestic) BEN: Law Office Of Charles E. Hall | 3,000.00 |
| | **Total** | **4,020,899.00** |

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/02 | 72,846.63 | 07/07 | 98,031.46 | 07/23 | 80,031.46 | | |

### Service Fee Explanation

All service fees were waived on your account this month.

| **Business Money Market Account** | **Account # 217-5038467-66** | **LINUXOR GLOBAL MACRO FUND LP** |
|---|---|---|

| Summary | Number | Amount |
|---|---|---|
| Opening Balance | | 0.01 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | **0.01** |

## THIS ENDS YOUR STATEMENT FINANCIAL DATA

Personal accounts are subject to the Deposit Accounts Agreement and Disclosures.  Business Accounts are subject to the Terms and Conditions for Business Accounts and Services.  Please note the rules regarding the time within which you must notify JPMorgan Chase Bank (the "Bank") of any error or discrepancies. Call us at the phone number printed on the front of this statement, or write to us at:  P.O. Box 5206, New Hyde Park, NY 11042. In Texas, write to us at:  JPMorgan Chase Bank, P.O. Box 1231, Houston, Texas 77251-1231.

International Financial Services customers, please write to us at CIFS, P.O. Box 79779, Houston, TX 77224-9779.

Accounts held at the Bank, including checking, savings, CD, and money market accounts are FDIC insured. Call us for full details and limitations of FDIC coverage.

EQUAL HOUSING
LENDER