USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
Petition of McCarthey Investments, LLC,  :

      Petitioner  :

       :    07 Civ. 5617 (DLC)

For an Order Pursuant to the Federal  :
Arbitration Act, 9 USC § 1, et. seq.  :    ORDER
Confirming an Arbitration Award,  :

      -against-  :

Abbas A. Shah, Linuxor Asset  :
Management, LLC and Linuxor Capital  :
Management, LLC,  :

      Respondents.  :
-------------------------------------X
Petition of 2001 Jane F. McCarthey GRAT  :
No. 5,  :

      Petitioner  :

       :    07 Civ. 5618 (DLC) ← (Duplicate Original)

For an Order Pursuant to the Federal  :
Arbitration Act, 9 USC § 1, et. seq.  :
Confirming an Arbitration Award,  :

      -against-  :

Abbas A. Shah, Linuxor Asset  :
Management, LLC and Linuxor Capital  :
Management, LLC,  :

      Respondents.  :
-------------------------------------X
Petition of JFM Holdings L.P.,  :

      Petitioner  :

       :    07 Civ. 5619 (DLC)

For an Order Pursuant to the Federal  :
Arbitration Act, 9 USC § 1, et. seq.  :
Confirming an Arbitration Award,  :

      -against-  :

```
Abbas A. Shah, Linuxor Asset          :
Management, LLC and Linuxor Capital   :
Management, LLC,                      :
                                      :
         Respondents.                 :
                                      :
------------------------------------X
```

DENISE COTE, District Judge:

By Letter dated October 1, 2007, the petitioners requested leave to amend their petitions to state the grounds upon which the Court has jurisdiction over the petitions. By endorsement of October 2, decision on that request was reserved until October 5. No objection having been received from the respondents, it is hereby

ORDERED that the request for leave to amend the petitions is granted.

SO ORDERED:

Dated:    New York, New York
          October 10, 2007

                                  _____
                                         DENISE COTE
                                  United States District Judge

2