# ArbitratorUpdate

Fall 2006 / Winter 2007

**NFA**
NATIONAL
FUTURES
ASSOCIATION

## Table of Contents

Arbitrator Profile......................... 1

Rule Changes.............................. 2

Staffing Update........................... 2

Arbitrator Training Online
Seminar....................................... 3

Glad You Asked........................... 3

Statistically Speaking................. 3

Update Your Profile..................... 4



Henry Maringer

## Arbitrator Profile

While some of you may be colleagues or know each other from serving on arbitration cases, we'd like to introduce you to more of your peer arbitrators by profiling an NFA arbitrator in each one of our Arbitrator Updates. This edition of the Arbitrator Update will feature Henry Maringer, president and founder of Woodhaven Associates LTD, a consulting firm in Greenwich, Connecticut.

### Henry Maringer

Henry Maringer has over thirty years experience in the futures industry and has worked both in the U.S. and Europe for various financial institutions. He has served on the COMEX Board of Directors, the FIA Executive Committee and numerous other boards for both U.S. and U.K. exchanges.

Maringer, who has been an arbitrator on our roster since 2002, was initially motivated to become an NFA arbitrator because he wanted a chance to serve the futures industry. Maringer says that over the decades, the industry has been very good to him and has offered him numerous opportunities. As a result, Maringer feels an obligation to offer the industry the benefits of his expertise and experience in resolving industry disputes.

In addition to the opportunity to give back to the industry, Maringer says being part of the arbitration process provides him with personal satisfaction and enrichment. Throughout the process, Maringer works diligently at sifting through the evidence and focusing on the relevant information. At the conclusion of each case, Maringer feels rewarded because he is able to "render a just and unbiased decision based on the facts." For Maringer, this is the most fulfilling aspect of serving on arbitration cases. However, this process is not always easy, and in Maringer's opinion, it is important "to avoid drawing premature conclusions and to allow the facts to be presented and fully debated at the hearing."

Henry Maringer's dedication to render informed and unbiased decisions makes him an invaluable asset to NFA. Arbitrators committed to serving the futures industry, like Maringer, help make NFA's arbitration program the success it is today.

www.cftc.gov/stellent/groups/public/@cpdisciplinaryhistory/documents/file/bpproceedings bulletin oy.pdf.

## CFTC PROCEEDINGS BULLETIN AS OF 12/31/04

| RESPONDENT NAME | DOCKET # | JURISDICTION | ACTION DATE | ACTS VIOLATED | REGS VIOLATED | DISPOSITION | DISPOSITION INFORMATION |
|---|---|---|---|---|---|---|---|
| INVESTMENT CORP. d/b/a MARICOPA INVESTMENT CORP. | | | | 4o(1) | | INJUNCTION & SRO | RECORDS; ACCOUNTING MADE; FREEZE OF ASSETS; STOP SOLICITATION; TRADING PROHIBITION; SHALL NOT SEEK REGISTRATION W/ COMMISSION; OTTO G. OBERMIER APPOINTED TO ACT AS RECEIVER. |
| MARICOPA INVESTMENT FUND, LTD. | 00-CIV-1317 | S.D.N.Y. | 2/24/00 | 4b 4o(1) | | PRELIMINARY INJUNCTION & SRO | ACCESS BOOKS & RECORDS; ACCOUNTING MADE; FREEZE OF ASSETS; PROTECT BOOKS & RECORDS; STOP SOLICITATION; TRADING PROHIBITION; SHALL NOT SEEK REGISTRATION W/ COMMISSION; OTTO G. OBERMIER APPOINTED TO ACT AS RECEIVER. |
| MARICOPA OVERSEAS, LTD. | 00-CIV-1317 | S.D.N.Y. | 2/24/00 | | | PRELIMINARY INJUNCTION & SRO | ACCESS BOOKS & RECORDS; ACCOUNTING MADE; FREEZE OF ASSETS; PROTECT BOOKS & RECORDS; SHALL NOT SEEK REGISTRATION W/ COMMISSION; OTTO G. OBERMIER APPOINTED TO ACT AS RECEIVER. |
| MARINGER, HENRY | 86-36 | CFTC | 09/30/86 | | 166.3 | | CEASE & DESIST ORDER; PEN. AMNT.: $10,000. |
| MARISHE, RICHARD | 99-17 | CFTC | 4/10/00 | 4g | 1.35(a-1)(1) 1.35(e-1)(2) | COMMISSION ORDER | CEASE & DESIST ORDER; CIVIL MONETARY PENALTY OF $15,000; SHALL COMPLY W/ UNDERTAKINGS. |
| MARISTELA, MARIA CECILLE | 03-12 | CFTC | 6/6/03 | 4(a) | | COMMISSION ORDER | CEASE & DESIST ORDER; TRADING PRIVILEGES SUSPENDED FOR 2 YEARS; SHALL COMPLY WITH UNDERTAKINGS. |
| MARITOTE, FRANCIS | 95-1 | CFTC | 03/04/98 | 4c(a)(A) 4c(a)(B) | 1.38(a) | | CEASE & DESIST ORDER; PEN. AMNT.: $50,000; TRAD. PRIV. SUSP. 6 MO.; THE TRADING PROHIBITION AND CIVIL PENALTIES SHALL BECOME EFFECTIVE 30 DAYS FROM THE DATE OF THE ORDER; ON APPEAL. |
| MARK, GERALD L. | 85-21 | CFTC | 09/18/85 | 4k | 3.12 | | CEASE & DESIST ORDER; PEN. AMNT.: $10,000. |
| MARKET CAPITAL GROWTH, INC. | 3:98CV0281AS | N.D. IND. | 12/8/99 | 4b(a)(i) 4b(a)(ii) 4m(1) | 4.20 | PERMANENT INJUNCTION | DISGORGEMENT; STOP SOLICITATION; TRADING PROHIBITION; JOINTLY & |

217

resume any business that would require its registration as a futures commission merchant, or otherwise under the Commodity Exchange Act, as amended, of the Commission Regulations.

CONTICOMMODITY SERVICES, INC.            CFTC Docket No. 86-36

-Shall not seek registration as a futures commission merchant or in any other capacity with the Commission.

-Shall not resume active business as a futures commission merchant, resume any business that would require its registration as a futures commission merchant, or otherwise under the Commodity Exchange Act, as amended, of the Commission Regulations.

CONTRINO, CARMELO                         CFTC Docket No. 02-13
NFA ID No.   0074649

-Prohibited from executing trades for customers on or subject to the rules of any registered entity.

CORDO, WILLIAM SCOTT                      CFTC Docket No. 01-10
NFA ID No.   0182678

-Registration with the Commission as an associated person is revoked.

-Prohibited from trading on or subject to the rules of any registered entity, and all registered entities shall refuse him all privileges.

-Shall never apply for registration or claim exemption from registration with the Commission in any capacity.

-Shall never engage in any activity requiring registration or exemption from registration, except as provided for in Section 4.14(a)(9) of the Commission Regulations, 17 C.F.R. Section 4.14(a)(9).

-Shall not act as a principal, employee, agent or officer of any person registered, exempted from registration or required to be registered with the Commission, unless such exemption is pursuant to Section 4.14(a)(9) of the Commission Regulations, 17 C.F.R. Section 4.14(a)(9).

-Shall not directly or indirectly act as a principal, partner, officer, or branch office manager of any entity registered or required to be registered with the Commission.

-Shall not directly or indirectly act in any supervisory capacity over anyone registered or required to be registered with the Commission.

COTE, LARRY                               CFTC Docket No. 83-4

-Lapsed registration as a floor broker revoked.