# SHIB🌐LETH

Shiboleth, Yisraeli, Roberts & Zisman, LLP

October 19, 2007

By Hand

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

> McCarthey Investments, LLC, et al. v. Abbas A. Shah, Linuxor
> Asset Management, LLC and Linuxor Capital Management, LLC.;
> 07 CV 5617, 5618, 5619

**Request to File Sur-Reply**

Dear Judge Cote:

I represent Respondents Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC in connection with the above-referenced actions.

Respondents respectfully request leave of this Court to submit a brief Sur-Reply, as Petitioners have asserted facts and raised issues that were not previously mentioned in their papers and which Respondents have not had the opportunity to address. Unfortunately, Respondents mistakenly filed a non-final draft of the memo through ECF, but have re-filed substituting the correct version. We attach a copy of the proposed Sur-Reply for the Court's information.

Very truly yours,

Charles B. Manuel, Jr.

cc:    Anthony W. Djinis, Esq.
       Pickard and Djinis, LLP
       1990 M Street, N.W., Suite 660
       Washington, DC 20036
       By Fax – 202-331-3813

**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shibolet.com

**1 Penn Plaza, Suite 2527 · New York, NY 10119**
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com